# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 7, 2021

Lyle W. Cayce
Clerk

No. 20-11157
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Bernice Benitez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:20-CR-26-1

---

Before Higginbotham, Higginson, and Duncan, *Circuit Judges.*

Per Curiam:*

The attorney appointed to represent Bernice Benitez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Benitez has filed a response in which she raises claims of ineffective

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-11157

assistance of counsel and requests an extension of time to seek the representation of retained counsel. Benitez's motion for an extension of time is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998). Additionally, the record is not sufficiently developed to allow us to make a fair evaluation of Benitez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Benitez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.